```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    HOOTAN BAIGMOHAMMADI
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  MARIA HANNA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-213 KJN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) |
| Maria Hanna, | ) Date: July 21, 2010 |
|  | ) Time: 2:00 p.m. |
| Defendant. | ) Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Lauren D. Cusick, Staff Attorney, attorney for MARIA HANNA, that the Court vacate the trial conference hearing set for July 21, 2010 at 2:00 p.m. and the jury trial set for August 9, 2010 at 9:00 a.m. We respectfully request the Court to continue the trial conference hearing

to August 4, 2010 at 10:00 a.m. and the jury trial to August 30, 2010 at 9:00 a.m.

The parties further stipulate and agree to exclude time from July 21, 2010 to August 30, 2010 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4). The defense requires more time to investigate, prepare, and possibly negotiate a resolution.

Dated: July 20, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Lauren Cusick*
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
MARIA HANNA

Dated: July 20, 2010

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew C. Stegman*
MATTHEW C. STEGMAN
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: July 20, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

-2-